70303. FIRST UNITED BANK OF MISSISSIPPI v. FIRST NATIONAL BANK OF ATLANTA.
(346 SE2d 132)

BANKE, Chief Judge.

Our previous decision in this case, reported at 175 Ga. App. 10 (332 SE2d 309) (1985), having been reversed by the Georgia Supreme Court in *First United Bank of Miss. v. First Nat. Bank of Atlanta,* 255 Ga. 505 (340 SE2d 597) (1986), that decision is hereby vacated, and the judgment of the trial court is reversed.

*Judgment reversed. McMurray, P. J., and Sognier, J., concur. Benham, J., disqualified.*

DECIDED APRIL 23, 1986.

*Harmon W. Caldwell, Jr.,* for appellant.
*W. Christopher Bracken III, Herbert D. Shellhouse, William G. McDaniel,* for appellee.